UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR14-232-JLR |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| DAVID RICHARD SCHULTZ II, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:     Endangering Human Life While Manufacturing Controlled Substances; Maintaining a Drug Involved Premises; Manufacturing Hash Oil and Marijuana; Forfeiture allegations

<u>Date of Detention Hearing</u>:    September 22, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant was indicted on the above-referenced charges on July 30, 2014. He comes before this Court pursuant to a Writ of Habeas Corpus ad Prosequendum from the custody of the Los Angeles County Central Men's Jail in Los Angeles, California, where he was serving a sentence for Manufacture of Controlled Substances. A plea of not guilty has been entered and the matter is set for trial before the Honorable James L. Robart.

2. Defendant was not interviewed by Pretrial Services. He does not contest detention.

3. Defendant poses a risk of nonappearance and a risk of danger due to lack of verified background information and criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 22nd day of September, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3